IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **PATRICIA BELL, et al.,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | )   **CIVIL ACTION 06-0356-WS-M** |
| | ) |
| **INTEGRATED HEALTH SERVICES,** | ) |
| **INC.,** | ) |
|  **et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

**ORDER**

    This matter is before the Court on the plaintiffs' motion for reconsideration.  (Doc. 24).  The motion was filed in response to the Court's order granting the defendants' motion to dismiss for failure to perfect service of process.  (Doc. 23).

    The grant or denial of a motion to reconsider is left to the discretion of the trial court.  *E.g., Chapman v. AI Transport*, 229 F.3d 1012, 1023-24 (11th Cir. 2000) (en banc). Such a motion may not be used as a vehicle to inject new arguments into the underlying motion, or to submit evidence previously available but not properly presented on the underlying motion.  *E.g., Mays v. United States Postal Service*, 122 F.3d 43, 46 (11th Cir. 1997).  Instead, "[a] motion to reconsider is only available when a party presents the court with evidence of an intervening change in controlling law, the availability of new evidence, or the need to correct clear error or manifest injustice."  *Summit Medical Center, Inc. v. Riley*, 284 F. Supp. 2d 1350, 1355 (M.D. Ala. 2003); *accord Gougler v. Sirius Products, Inc.*, 370 F. Supp. 2d 1185, 1189 (S.D. Ala. 2005).

    This standard was expressed in the Court's previous order (because the plaintiff effectively sought reconsideration of the Court's order denying remand), (Doc. 223 at 5), but the plaintiff's pending motion for reconsideration fails to recognize the narrow reach of such a motion.  Their motion regurgitates arguments already rejected, injects new ones,

and cites cases that were available but unused by the plaintiffs previously.  This is not the stuff of which successful motions for reconsideration are made.  Even were the Court's review unencumbered by the restrictive standard set forth above, nothing in the plaintiffs' motion would support a different result than that reached on the defendants' motion to dismiss.

For the reasons set forth above, the motion for reconsideration is **denied**.

DONE and ORDERED this 5th day of February, 2007.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE