# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **PATRICIA BELL, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **CIVIL ACTION 06-0356-WS-M** |
| ) | |
| **INTEGRATED HEALTH SERVICES,** ) | |
| **INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT

In accordance with the Court's order of January 30, 2006, granting the defendant's motion to dismiss, this action is **dismissed without prejudice**.

DONE this 5th day of February, 2007.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE